**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re: | Chapter 11 |
| **RM FERRANTE LLC, <u>ET AL.</u>,** | **Case No. 26-20170** |
| | **(Jointly Administered)** |
| **DEBTORS.**[1] | |

**GLOBAL NOTES TO SCHEDULES OF ASSETS AND LIABILITIES**
**AND STATEMENT OF FINANCIAL AFFAIRS**

RM Ferrante, LLC, the above-captioned jointly administered debtors and debtors-in-possession, submit their Schedules of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**Statements**") pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007.

The Schedules and Statements have been prepared by the Debtors and their advisors and are unaudited. Although the Debtors have made every reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information that was reasonably available at the time of preparation, the subsequent receipt of information may result in material changes in data contained in the Schedules and Statements, which would warrant amendment of the same. All rights to amend the Schedules and Statements are reserved.

It would be prohibitively expensive and unduly burdensome to obtain current appraisals or other third-party valuations of the Debtors' assets at this time. Accordingly, the asset values contained in the Schedules and Statements are based on the Debtors' estimates. The Debtors reserve the right to establish that the value of any asset is other than as stated in the Schedules and Statements, and to submit appraisals or other evidence in any valuation dispute in this case.

Any failure to designate a claim listed on the Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated." The Debtors reserve the right to dispute, or to assert setoff rights, counterclaims or defenses to, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated," including to amend the Schedules to reflect such status.

On Schedule D, the value of collateral listed supporting Five County Credit Union n/k/a Ancorum Credit Union's secured claim accounts for cross collateralization.

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: RM Ferrante LLC: 2957; Andalina Properties LLC: 7931; ELCORP, LLC: 6515; LSPP Properties LLC: 6492; Olympia Block LLC: 7804; RAF Properties, LLC: 6050; 137 College LLC: 7049; 69 Horton LLC: 0165; 85 Horton LLC: 2423; and 28 Howard LLC: 8483. The principal place of business for the debtors is 69 Vesper Street, Portland, ME 04101.

Although every reasonable effort has been made to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist.  Accordingly, the Debtors reserve the right to amend the Schedules and Statements as necessary or appropriate and expect they may do so as information becomes available or upon further investigation during these cases.

**Fill in this information to identify the case and this filing:**

Debtor Name ___69 Horton LLC___

United States Bankruptcy Court for the: ___District of Maine___

Case number (*If known*): ___26-20178___

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ___

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___07/10/2026___       **✗** _____Rudy Ferrante_____
　　　　　　　MM / DD / YYYY　　　　　　　　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　　　　　　　___Rudolph Ferrante___
　　　　　　　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　　　　　　　___Sole Member___
　　　　　　　　　　　　　　　　　　　　　　　　Position or relationship to debtor

Official Form 202　　　　　　Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name  69 Horton LLC
_____

United States Bankruptcy Court for the:  District of Maine
_____
                                                              (State)

Case number (If known):  26-20178
_____

☐ Check if this is an
amended filing

## Official Form 206Sum

### Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
|---------|-------------------|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ........................................................................................................... $ 2,450,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................................ $ 13.78

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ......................................................................................................... $ 2,450,013.78

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............................................... $ 11,228,815.28

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*...................................................................... $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.......................................................... + $ 13,425.41

4. **Total liabilities**...................................................................................................................................................
   Lines 2 + 3a + 3b

   $ 11,242,240.69

**Fill in this information to identify the case:**

Debtor name  69 Horton LLC

United States Bankruptcy Court for the:  District of Maine

Case number
(if known)     26-20178

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  Five County Credit Union n/k/a Ancorum Credit Union | Checking | 5 0 7 6 | $ 13.78 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $ _____
   4.2. _____  $ _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 13.78

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____  $ _____
   7.2. _____  $ _____

Debtor   69 Horton LLC
    Name

Case number *(if known)* 26-20178

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____   $ _____

8.2. _____   $ _____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 0.00

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: _____ - _____ = .......... ➤    $ _____

11b. Over 90 days old:    face amount     -    doubtful or uncollectible accounts    = .......... ➤    $ _____

     face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ _____

| Part 4: | Investments |

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

**Valuation method used for current value**     **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $ _____

14.2. _____   _____   $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                 % of ownership:

15.1. _____   _____%   $ _____

15.2. _____   _____%   $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $ _____

16.2. _____   _____   $ _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ 0.00

| Part 5: | Inventory, excluding agriculture assets |

Debtor   <u>69 Horton LLC</u>   Case number *(if known)* <u>26-20178</u>
Name

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

_____   _____   $ _____   _____   $ _____
MM / DD / YYYY

20. **Work in progress**

_____   _____   $ _____   _____   $ _____
MM / DD / YYYY

21. **Finished goods, including goods held for resale**

_____   _____   $ _____   _____   $ _____
MM / DD / YYYY

22. **Other inventory or supplies**

_____   _____   $ _____   _____   $ _____
MM / DD / YYYY

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops—either planted or harvested**

_____   $ _____   _____   $ _____

29. **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish

_____   $ _____   _____   $ _____

30. **Farm machinery and equipment**  (Other than titled motor vehicles)

_____   $ _____   _____   $ _____

31. **Farm and fishing supplies, chemicals, and feed**

_____   $ _____   _____   $ _____

32. **Other farming and fishing-related property not already listed in Part 6**

_____   $ _____   _____   $ _____

Official Form 206A/B   **Schedule A/B: Assets — Real and Personal Property**   page 3 of 8

Debtor    69 Horton LLC
          _____
          Name

Case number *(if known)* 26-20178

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$ 0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $ _____ | | $ _____ |
| **40. Office fixtures** | $ _____ | | $ _____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $ _____ | | $ _____ |

**42.  Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1. _____ | $ _____ | | $ _____ |
| 42.2. _____ | $ _____ | | $ _____ |
| 42.3. _____ | $ _____ | | $ _____ |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

Debtor   69 Horton LLC
_____
Name                                          Case number *(if known)* 26-20178

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1. _____ | $ _____ | _____ | $ _____ |
| 47.2. _____ | $ _____ | _____ | $ _____ |
| 47.3. _____ | $ _____ | _____ | $ _____ |
| 47.4. _____ | $ _____ | _____ | $ _____ |

48. **Watercraft, trailers, motors, and related accessories**  Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1. _____ | $ _____ | _____ | $ _____ |
| 48.2. _____ | $ _____ | _____ | $ _____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1. _____ | $ _____ | _____ | $ _____ |
| 49.2. _____ | $ _____ | _____ | $ _____ |

50. **Other machinery, fixtures, and equipment<br>(excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| 50.1. _____ | $ _____ | _____ | $ _____ |

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 69 Horton Street, Lewiston, Maine | Own | $ _____ | Owner Estimate | $ 2,450,000.00 |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 2,450,000.00

Debtor    69 Horton LLC
_____    Case number *(if known)* 26-20178
Name

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites** | $ _____ | _____ | $ _____ |
| 62. **Licenses, franchises, and royalties** | $ _____ | _____ | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations** | $ _____ | _____ | $ _____ |
| 64. **Other intangibles, or intellectual property** | $ _____ | _____ | $ _____ |
| 65. **Goodwill** | $ _____ | _____ | $ _____ |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.

$ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

Current value of debtor's interest

Debtor   69 Horton LLC
_____
Name

Case number *(if known)* 26-20178
_____

71. **Notes receivable**

Description (include name of obligor)

_____   _____  -  _____ = ➤  $ _____

Total face amount        doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____ $ _____

_____   Tax year _____ $ _____

_____   Tax year _____ $ _____

73. **Interests in insurance policies or annuities**

_____                     $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                     $ _____

Nature of claim        _____

Amount requested      $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                     $ _____

Nature of claim        _____

Amount requested      $ _____

76. **Trusts, equitable or future interests in property**

_____                     $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, ncountry club membership

_____                     $ _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90

$ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 13.78 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |

Debtor   69 Horton LLC                                    Case number *(if known)* 26-20178
         Name

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.*      $  0.00

88. **Real property.** *Copy line 56, Part 9.* ................................................................ ➤      $  2,450,000.00

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.*      $  0.00

90. **All other assets.** *Copy line 78, Part 11.*      + $  0.00

91. **Total.** *Add lines 80 through 90 for each column.* ........................91a.   $  13.78   + 91b.  $  2,450,000.00

92. Total of all property on Schedule A/B. *Lines 91a + 91b = 92.*   2,450,013.78       $  2,450,013.78

**Fill in this information to identify the case:**

Debtor name: 69 Horton LLC

United States Bankruptcy Court for the: District of Maine

Case number (if known): 26-20178

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

**Creditor's name**
Five County Credit Union

**Creditor's mailing address**
n/k/a Ancorum Credit Union
P.O. Box 190, Hampden, ME 04444

**Creditor's email address, if known**
carlsenter@ancorumcu.com;
kfisher@dwmlaw.com;
cbrooks@dwmlaw.com;

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

Real estate and rents

**Describe the lien**
Mortgage and Assignment of Rents

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 11,228,815.28

Column B: $ 19,383,587.14
and rents

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 11,228,815.28

**Fill in this information to identify the case:**

Debtor name  69 Horton LLC

United States Bankruptcy Court for the:  District of Maine

Case number (if known):  26-20178

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?**  (See 11 U.S.C. § 507).

☐ No. Go to Part 2
☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

2.1
**Priority creditor's name and mailing address**
City of Lewiston
Attn: Property Tax 27 Pine Street
Lewiston, ME 04240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ _____

**Date or dates debt was incurred**

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account
number:** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)  **( 8 )**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2

| | **Amount of claim** |
|---|---|

3.1
**Nonpriority creditor's name and mailing address**
Central Maine Power
P.O. Box 847810
Boston, MA 02284-7810

**As of the petition filing date, the claim is:**    $ 3,219.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**  Utility Services

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Official Form 206E/F                **Schedule E/F: Creditors Who Have Claims Secured by Property**                page 1 of 3

Debtor  69 Horton LLC
_____
Name

Case number *(if known)* 26-20178

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 3,848.62 |
|---|---|---|---|

City of Lewiston

Attn: Water & Sewer Division 27 Pine Street

Lewiston, ME 04240

**Date or dates debt was incurred**

**Last 4 digits of account number**

*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 500.00 |
|---|---|---|---|

Interstate Fire Protection LLC

7 ABJ Drive Suite 1

Gardiner, ME 04345

**Date or dates debt was incurred**

**Last 4 digits of account number**

*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 895.43 |
|---|---|---|---|

Troiano Waste

P.O. Box 3541

Portland, ME 04104-3541

**Date or dates debt was incurred**

**Last 4 digits of account number**

*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 4,962.36 |
|---|---|---|---|

Unitil

P.O. Box 981077

Boston, MA 02298-1077

**Date or dates debt was incurred**

**Last 4 digits of account number**

*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**Part 3:**   **Additional Page for Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | **Line** _____ <br> ☐ Not listed. Explain | __ __ __ __ |

---

Debtor   69 Horton LLC
Name

Case number *(if known)* 26-20178

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| | | | | |
|---|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ | 0.00 |
| 5b. | **Total claims from Part 2** | 5b. | $ | 13,425.41 |
| 5c. | **Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c. | $ | 13,425.41 |

**Schedule E/F: Creditors Who Have Claims Secured by Property**

**Fill in this information to identify the case:**

Debtor name  69 Horton LLC

United States Bankruptcy Court for the:  District of Maine

Case number (if known):  26-20178                    Chapter  ___11___

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**Fill in this information to identify the case:**

Debtor name   69 Horton LLC

United States Bankruptcy Court for the:   District of Maine

Case number (if known):   26-20178

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 137 College LLC | 69 Vesper Street <br> Street <br><br> Portland   ME   04101 <br> City   State   ZIP Code | Five County Credit Union | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 28 Howard LLC | 69 Vesper Street <br> Street <br><br> Portland   ME   04101 <br> City   State   ZIP Code | Five County Credit Union | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 85 Horton LLC | 69 Vesper Street <br> Street <br><br> Portland   ME   04101 <br> City   State   ZIP Code | Five County Credit Union | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor      69 Horton LLC                                                           Case number *(if known)* 26-20178

| 2.4 | | | | |
|---|---|---|---|---|
| Andalina Properties | 69 Vesper Street | | Five County Credit Union | ☑ D |
| | Street | | | ☐ E/F |
| | | | | ☐ G |
| | Portland | ME | 04101 | |
| | City | State | ZIP Code | |

| 2.5 | | | | |
|---|---|---|---|---|
| ELCORP, LLC | 69 Vesper Street | | Five County Credit Union | ☑ D |
| | Street | | | ☐ E/F |
| | | | | ☐ G |
| | Portland | ME | 04101 | |
| | City | State | ZIP Code | |

| 2.6 | | | | |
|---|---|---|---|---|
| LSPP Properties LLC | 69 Vesper Street | | Five County Credit Union | ☑ D |
| | Street | | | ☐ E/F |
| | | | | ☐ G |
| | Portland | ME | 04101 | |
| | City | State | ZIP Code | |

| 2.7 | | | | |
|---|---|---|---|---|
| Olympia Block LLC | 69 Vesper Street | | Five County Credit Union | ☑ D |
| | Street | | | ☐ E/F |
| | | | | ☐ G |
| | Portland | ME | 04101 | |
| | City | State | ZIP Code | |

| 2.8 | | | | |
|---|---|---|---|---|
| RAF Properties, LLC | 69 Vesper Street | | Five County Credit Union | ☑ D |
| | Street | | | ☐ E/F |
| | | | | ☐ G |
| | Portland | ME | 04101 | |
| | City | State | ZIP Code | |

| 2.9 | | | | |
|---|---|---|---|---|
| RM Ferrante LLC | 69 Vesper Street | | Five County Credit Union | ☑ D |
| | Street | | | ☐ E/F |
| | | | | ☐ G |
| | Portland | ME | 04101 | |
| | City | State | ZIP Code | |

| 2.10 | | | | |
|---|---|---|---|---|
| Rudolph M. Ferrante | 69 Vesper Street | | Five County Credit Union | ☑ D |
| | Street | | | ☐ E/F |
| | | | | ☐ G |
| | Portland | ME | 04101 | |
| | City | State | ZIP Code | |

**Fill in this information to identify the case:**

Debtor name _____69 Horton LLC_____

United States Bankruptcy Court for the: District of Maine

Case number (If known): ____26-20178_____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2026 to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 69,057.00 |
| **For prior year:** | From 08/01/2025 to 12/31/2025<br>MM / DD / YYYY   MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 103,987.00 |
| **For the year before that:** | From 01/01/2024 to 12/31/2024<br>MM / DD / YYYY   MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 97,172.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY   MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY   MM / DD / YYYY | _____ | $_____ |

Debtor  69 Horton LLC _____  Case number (*if known*) 26-20178 _____
        Name

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached SOFA Part 2, Question 3 <br> Creditor's name | | $_____ | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ❏ Suppliers or vendors <br> ❏ Services <br> ❏ Other _____ |
| 3.2. | _____ <br> Creditor's name | | $_____ | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ❏ Suppliers or vendors <br> ❏ Services <br> ❏ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❏ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Attached SOFA Part 2, Question 4 <br> Insider's name | _____ <br><br> _____ <br><br> _____ | $ 14,623.00 | |
| | **Relationship to debtor** <br> _____ | | | |
| 4.2. | _____ <br> Insider's name | _____ <br><br> _____ <br><br> _____ | $_____ | |
| | **Relationship to debtor** <br> _____ | | | |

---

Debtor    69 Horton LLC
_____
Name                        Case number *(if known)* 26-20178

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name | | _____ | $_____ |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. _____<br><br>**Case number**<br><br>_____ | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Case title** _____<br><br>**Case number**<br><br>_____ | | **Court or agency's name and address** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor      69 Horton LLC _____      Case number *(if known)* 26-20178 _____
            Name

---

8. **Assignments and receivership**

   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the
   hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

   | Custodian's name and address | Description of the property | Value |
   |---|---|---|
   | _____<br>Custodian's name | _____ | $_____ |
   | | **Case title** | **Court name and address** |
   | | _____ | _____<br>Name |
   | | **Case number** | |
   | | _____ | |
   | | **Date of order or assignment** | |
   | | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value
   of the gifts to that recipient is less than $1,000**

   ☑ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|
   | 9.1. _____<br>Recipient's name | | _____ | $_____ |
   | | | _____ | $_____ |
   | **Recipient's relationship to debtor**<br>_____ | | | |
   | 9.2. _____<br>Recipient's name | | _____ | $_____ |
   | | | _____ | $_____ |
   | **Recipient's relationship to debtor**<br>_____ | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☑ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
    |---|---|---|---|
    | | _____ | _____ | $_____ |

---

Debtor     69 Horton LLC
_____     Case number (*if known*) 26-20178
           Name

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before
the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring,
seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | See SOFA Part 6 Question 11 Attachment | | _____ | $ 35,500.00 |
| | **Address** | | | |
| | **Email or website address** _____ | | | |
| | **Who made the payment, if not debtor?** _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Email or website address** _____ | | | |
| | **Who made the payment, if not debtor?** _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to
a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** _____ | | | |

Debtor    69 Horton LLC
_____    Case number (if known)__26-20178_____
    Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | | _____ | $_____ |
| **Address** | | | |
| **Relationship to debtor** | | | |
| _____ | | | |
| Who received transfer? | | _____ | $_____ |
| 13.2. _____ | | | |
| **Address** | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. | From _____ To _____ |
| 14.2. | From _____ To _____ |

Debtor    69 Horton LLC    Case number (*if known*) 26-20178
‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗
Name

---

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

❑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** <br><br> *Check all that apply:* <br> ❑ Electronically <br> ❑ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____ <br> Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** <br><br> *Check all that apply:* <br> ❑ Electronically <br> ❑ Paper |

---

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❑ Yes. State the nature of the information collected and retained. ‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗

Does the debtor have a privacy policy about that information?

❑ No

❑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

❑ No. Go to Part 10.

❑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

❑ No

❑ Yes

---

Debtor ___69 Horton LLC_____     Case number (*if known*) _26-20178_____
         Name

---

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| **Address** | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| **Address** | | | |

---

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **8**

Debtor     69 Horton LLC
_____     Case number (*if known*) 26-20178
Name

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | | | |
| Name | | | |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____ | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

Debtor    69 Horton LLC
_____    Case number *(if known)* 26-20178
Name _____

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

❑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2.  **Business name and address**<br>_____<br>Name | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br>EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3.  **Business name and address**<br>_____<br>Name | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br>EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |

---

Debtor __69 Horton LLC_____  Case number *(if known)*__26-20178_____
         Name

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Rudolph M. Ferrante<br>Name<br>69 Vesper Street, Portland, Maine 04101 | From 01/01/2024<br>To Present |

| Name and address | Dates of service |
|---|---|
| 26a.2. SCH LLC<br>Name<br>87A Ocean Street, South Portland, Maine 04106 | From 01/01/2024<br>To Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name | |

---

Debtor    69 Horton LLC
_____         Case number *(if known)* 26-20178
        Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

❏ None

| | Name and address |
|---|---|
| 26d.1. | See Attached SOFA Part 13, Question 26d _____<br>Name |

| | Name and address |
|---|---|
| 26d.2. | _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
❏ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | _____<br>Name |

Official Form 207                Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page **12**

Debtor    69 Horton LLC
_____          Case number (*if known*) 26-20178
Name                                                                                            _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2. _____
      Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rudolph Ferrante | 69 Vesper Street, Portland, ME 04101 | Sole Member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See Attached SOFA Part 2, Question 4 | _____ | _____ | |
| Name | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | | |

Debtor    69 Horton LLC                                          Case number (if known) 26-20178
          _____
          Name

**Name and address of recipient**

30.2    _____
        Name

**Relationship to debtor**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

Name of the parent corporation                          Employer Identification number of the parent corporation

_____                        EIN: _____

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

Name of the pension fund                                Employer Identification number of the pension fund

_____                        EIN: _____

---

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/10/2026
               MM / DD / YYYY

✗ _____          Printed name  Rudolph M. Ferrante
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Sole Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

SEND
INQUIRIES
TO

Ancorum Credit Union
P.O. Box 598
Bath, ME 04530-0598
1-800-750-0959



**ANCORUM**
CREDIT UNION

| ACCOUNT NUMBER |
| --- |
| ██████5076 |
| STATEMENT PERIOD |
| 04/01/26   04/30/26 |

Page   1

69 HORTON LLC
69 VESPER ST
PORTLAND ME 04101

Come join us for a Trivia Night to
support Special Olympics Maine on May 30
at 6PM at the American Legion in Bath!
Learn more on our Facebook Event page!
********************************************
For 70 years we've helped members feel
at home with their finances. While our
look has changed, our commitment hasn't.
We're still here for you. Learn more at
ancourmcu.com/70-years.

| Posting Date | ID # / Eff. Date | Transaction Description | Payment Credits or Debits | Transaction Amount | Balance Subject to Interest Rate* |
| --- | --- | --- | --- | --- | --- |
| 04/01 | ID 00 | **BUSINESS SAVINGS Previous Balance** | | | **13.32** |
| | | Responsible Individuals: | | | |
| | | RUDOLPH M FERRANTE | | | |
| | | LAURA PHILBROOK | | | |
| 04/13 | | Deposit by Check | | 4421.00 | 4434.32 |
| 04/13 | | Withdrawal Transfer 0071 | | -4306.00 | 128.32 |
| | | To ELCORP LLC XXXXXXXXXX Share 71 | | | |
| 04/16 | | Withdrawal Transfer 0071 | | -123.00 | 5.32 |
| | | To OLYMPIA BLOCK LL XXXXXXXXXX Share 71 | | | |
| 04/20 | | Deposit by Check | | 6562.00 | 6567.32 |
| 04/20 | | Withdrawal Transfer 0071 | | -6500.00 | 67.32 |
| | | To ANDALINA PROPERT XXXXXXXXXX Share 71 | | | |
| 04/23 | | Withdrawal Transfer 0071 | | -60.00 | 7.32 |
| | | To OLYMPIA BLOCK LL XXXXXXXXXX Share 71 | | | |
| 04/30 | | New Balance | | | 7.32 |
| | | *Dividends Earned Year to Date* | *0.07* | | |
| 04/01 | ID 71 | **TRUE CONVENIENCE BUSINESS CHKG Previous Balance** | | | **80.23** |
| | | Responsible Individuals: | | | |
| | | RUDOLPH M FERRANTE | | | |
| | | LAURA PHILBROOK | | | |
| 04/07 | | Deposit Transfer 0071 | | 2700.00 | 2780.23 |
| | | From RAF PROPERTIES L XXXXXXXXXX Share 71 | | | |
| 04/08 | | Withdrawal ACH CMP | | -2625.07 | 155.16 |
| | | TYPE: CMP PMT CO: CMP | | | |
| 04/21 | | Withdrawal Transfer 0071 | | -150.00 | 5.16 |
| | | To OLYMPIA BLOCK LL XXXXXXXXXX Share 71 | | | |
| 04/23 | | Deposit Transfer 0071 | | 200.00 | 205.16 |
| | | From ELCORP LLC XXXXXXXXXX Share 00 | | | |
| 04/27 | | Draft 9999 | | -194.73 | 10.43 |
| 04/30 | | Withdrawal 2 ITEMS @0.10 | | -0.20 | 10.23 |
| 04/30 | | Withdrawal MAINT FEE @ 5.00 | | -5.00 | 5.23 |
| 04/30 | | Withdrawal Adjustment EARNINGS CREDIT | | 1.23 | 6.46 |
| 04/30 | | New Balance | | | 6.46 |
| | | *Dividends Earned Year to Date* | *0.00* | | |

| Number | Amount | Number | Amount | Number | Amount |
| --- | --- | --- | --- | --- | --- |
| 9999 | 194.73 | | | | |

Total Dividends Earned Year to Date                           0.07

### Account Balance Summary

| Total Shares | Balance | Total Loans | Balance |
| --- | --- | --- | --- |
| BUSINESS SAVINGS | 7.32 | | |
| TRUE CONVENIENCE BUSINESS CHKG | 6.46 | | |
| | -------------- | | |
| | 13.78 | | |

NOTICE: See reverse side for important information concerning your rights and disclosure information.

| Row Labels | Sum of Amount |
|---|---|
| **1190 Forest Ave - 1190 Forest Ave Portland, ME 04103** | **3756.21** |
| **Overhead Door Company of Portland** | **457.1** |
| Jun | 457.1 |
| **Portland Water District** | **1824.34** |
| Apr | 1824.34 |
| **Troiano Waste Services Inc.** | **1474.77** |
| Jun | 1474.77 |
| **137 College Street - 137 College Ave Lewiston, ME 04240** | **24453.37** |
| **Business Lending Solutions LLC** | **12976.99** |
| Apr | 12976.99 |
| **City of Lewiston** | **3463** |
| Mar | 800 |
| Apr | 1132 |
| May | 1531 |
| **Green Pest Defense** | **400** |
| Mar | 400 |
| **Lisa Smith** | **2707** |
| May | 2707 |
| **Maine Locksmith Services** | **167.31** |
| May | 167.31 |
| **Troiano Waste Services Inc.** | **4150.28** |
| May | 3439.05 |
| Jun | 711.23 |
| **Unitil** | **588.79** |
| Apr | 588.79 |
| **22 Whitney Ave - 22 Whitney Ave Westbrook, ME 04092** | **36189.01** |
| **Business Lending Solutions LLC** | **31437.54** |
| Apr | 15718.77 |
| May | 15718.77 |
| **Maine Locksmith Services** | **206.87** |
| Jun | 206.87 |
| **Patrons Oxford Insuarance Company** | **4544.6** |
| Jun | 4544.6 |
| **28-30 Howard Street - 28 Howard Street Lewiston, ME 04240** | **8739.4** |
| **Business Lending Solutions LLC** | **6939.4** |
| Apr | 3469.7 |
| May | 3469.7 |
| **City of Lewiston** | **1800** |
| Apr | 900 |
| Jun | 900 |
| **4 Spruce Lane Falmouth, ME 04105** | **32836.19** |
| **Banner Life Insurance Company** | **1072.14** |
| May | 1072.14 |
| **Concord Group Insurance** | **282.7** |
| Mar | 282.7 |
| **Consolidated Communications** | **85.53** |

| | |
|---|---:|
| Mar | 85.53 |
| **Kayla Fessenden** | **4500** |
| Mar | 4500 |
| **Lisa Smith** | **10431** |
| Mar | 4948 |
| Apr | 5483 |
| **Maine Locksmith Services** | **31.65** |
| Jun | 31.65 |
| **Murray Plumb & Murray** | **5267.52** |
| Mar | 5000 |
| Apr | 267.52 |
| **Portland Water District** | **98.13** |
| Mar | 98.13 |
| **Principal National Life Insurance Company** | **2514.72** |
| Mar | 1257.36 |
| Jun | 1257.36 |
| **Prudential** | **1573** |
| Mar | 786.5 |
| Jun | 786.5 |
| **Spectrum** | **361.8** |
| Mar | 120 |
| Apr | 241.8 |
| **The Boulos Company** | **5000** |
| Mar | 5000 |
| **University Credit Union** | **1618** |
| Mar | 1618 |
| **434 Cumberland Street - 434 Cumberland Street Westbrook, ME 04092** | **919.24** |
| **Troiano Waste Services Inc.** | **919.24** |
| Jun | 919.24 |
| **5 Bishop Street - 5 Bishop Street Portland, ME 04103** | **41872.83** |
| **Business Lending Solutions LLC** | **32839.58** |
| Apr | 16419.79 |
| May | 16419.79 |
| **First Insurance Funding** | **8404.32** |
| May | 4254.04 |
| Jun | 4150.28 |
| **Spectrum** | **196.77** |
| Jun | 196.77 |
| **Unitil** | **432.16** |
| Apr | 432.16 |
| **65-67 Vesper Street - 65 Vesper Street Portland, ME 04101** | **22836.27** |
| **Business Lending Solutions LLC** | **20049.84** |
| Apr | 10024.92 |
| May | 10024.92 |
| **Concord Group Insurance** | **2198** |
| Apr | 2198 |
| **Portland Water District** | **331.12** |
| Apr | 331.12 |
| **Spectrum** | **257.31** |

| | |
|---|---:|
| Jun | 257.31 |
| **69 Horton Street - 69 Horton Street Lewiston, ME 04240** | **36945.53** |
| **Business Lending Solutions LLC** | **12976.99** |
| May | 12976.99 |
| **City of Lewiston** | **14226** |
| Mar | 7130 |
| May | 3535 |
| Jun | 3561 |
| **Consolidated Communications** | **371.67** |
| Jun | 371.67 |
| **First Insurance Funding** | **8475.44** |
| May | 4290.44 |
| Jun | 4185 |
| **Troiano Waste Services Inc.** | **895.43** |
| Jun | 895.43 |
| **69 Vesper Street - 69 Vesper Street Portland, ME 04101** | **502.71** |
| **Consolidated Communications** | **171.06** |
| Apr | 171.06 |
| **Spectrum** | **331.65** |
| Mar | 221.65 |
| Jun | 110 |
| **743 Congress Street - 743 Congress Street Portland, ME 04102** | **28275.75** |
| **Abdul Azimi** | **4000** |
| Apr | 4000 |
| **Business Lending Solutions LLC** | **23816.24** |
| Apr | 11908.12 |
| May | 11908.12 |
| **Spectrum** | **459.51** |
| Mar | 234.23 |
| Jun | 225.28 |
| **75 Sherman Street - 75 Sherman Street Portland, ME 04101** | **23761.76** |
| **Business Lending Solutions LLC** | **23761.76** |
| Apr | 11930.88 |
| May | 11830.88 |
| **779 Congress Street - 779 Congress Street Portland, ME 04102** | **18524.36** |
| **Business Lending Solutions LLC** | **18376.06** |
| Apr | 9188.03 |
| May | 9188.03 |
| **Maine Locksmith Services** | **148.3** |
| Jun | 148.3 |
| **85 Horton Street - 85 Horton Street Lewiston, ME 04240** | **17743.88** |
| **Business Lending Solutions LLC** | **13767.48** |
| Apr | 6883.74 |
| May | 6883.74 |
| **City of Lewiston** | **2747** |
| Mar | 985 |
| Apr | 881 |
| May | 881 |
| **Maine Locksmith Services** | **101.88** |

| | |
|---|---|
| Jun | 101.88 |
| **Troiano Waste Services Inc.** | **1127.52** |
| Jun | 1127.52 |
| **(blank)** | |
| **(blank)** | |
| <3/17/2026 | |
| **Grand Total** | **297356.51** |

| Property | Payee Name | Bill Date | Check Date | Expense Account | Cash Account | Amount | Unpaid/Paid | Reference/Check # | Description |
|---|---|---|---|---|---|---|---|---|---|
| | | | 03/10/2026 | | | | 4,403.00 | | rent check w/h |
| 69 Horton Street - 69 Horton Street Lewiston, ME 04240 | City of Lewiston | | 03/17/2026 | 6161 - Property Tax | 1150 - Operating Cash | 1,830.00 | 1,830.00 | | rent check w/h |
| 4 Spruce Lane Falmouth, ME 04105 | Kayla Fessenden | | 03/17/2026 | 6103 - Other | 1150 - Operating Cash | 4,500.00 | 4,500.00 | 81 | |
| 4 Spruce Lane Falmouth, ME 04105 | Principal National Life Insurance Company | | 03/17/2026 | 6103 - Other | 1150 - Operating Cash | 684.37 | 684.37 | 82 | |
| 4 Spruce Lane Falmouth, ME 04105 | Principal National Life Insurance Company | | 03/17/2026 | 6103 - Other | 1150 - Operating Cash | 572.99 | 572.99 | 83 | |
| 137 College Street - 137 College Ave Lewiston, ME 04240 | Green Pest Defense | | 03/17/2026 | 6103 - Other | 1150 - Operating Cash | 400.00 | 400.00 | 31 | Pest Control |
| 69 Vesper Street - 69 Vesper Street Portland ME 04101 | Spectrum | | 03/19/2026 | 6103 - Other | 1150 - Operating Cash | 221.65 | 221.65 | 66 | internet |
| 4 Spruce Lane Falmouth, ME 04105 | Prudential | | 03/19/2026 | 6103 - Other | 1150 - Operating Cash | 786.50 | 786.50 | 84 | insurance |
| 137 College Street - 137 College Ave Lewiston, ME 04240 | City of Lewiston | | 03/19/2026 | 6161 - Property Tax | 1150 - Operating Cash | 800.00 | 800.00 | | rent check w/h |
| 85 Horton Street - 85 Horton Street Lewiston, ME 04240 | City of Lewiston | | 03/19/2026 | 6161 - Property Tax | 1150 - Operating Cash | 881.00 | 881.00 | | rent check w/h |
| 4 Spruce Lane Falmouth, ME 04105 | Lisa Smith | | 03/19/2026 | 6076 - Cleaning and Maintenance -Other | 1150 - Operating Cash | 2,698.00 | 2,698.00 | 85 | |
| 4 Spruce Lane Falmouth, ME 04105 | The Boulos Company | | 03/24/2026 | 6103 - Other | 1150 - Operating Cash | 5,000.00 | 5,000.00 | 86 | |
| 743 Congress Street - 743 Congress Street Portland, ME 04102 | Spectrum | | 03/24/2026 | 6103 - Other | 1150 - Operating Cash | 234.23 | 234.23 | 52 | internet/phone/security |
| 4 Spruce Lane Falmouth, ME 04105 | Consolidated Communications | | 03/24/2026 | 6103 - Other | 1150 - Operating Cash | 85.53 | 85.53 | 87 | phone |
| 69 Horton Street - 69 Horton Street Lewiston, ME 04240 | City of Lewiston | | 03/24/2026 | 6161 - Property Tax | 1150 - Operating Cash | 5,060.00 | 5,060.00 | | rent check w/h |
| 4 Spruce Lane Falmouth, ME 04105 | Murray Plumb & Murray | | 03/26/2026 | 6103 - Other | 1150 - Operating Cash | 5,000.00 | 5,000.00 | 88 | |
| 85 Horton Street - 85 Horton Street Lewiston, ME 04240 | City of Lewiston | | 03/30/2026 | 6174 - Sewer | 1150 - Operating Cash | 104.00 | 104.00 | | rent check w/h |
| 69 Horton Street - 69 Horton Street Lewiston, ME 04240 | City of Lewiston | | 03/30/2026 | 6174 - Sewer | 1150 - Operating Cash | 240.00 | 240.00 | | rent check w/h |
| 4 Spruce Lane Falmouth, ME 04105 | Lisa Smith | | 03/30/2026 | 6076 - Cleaning and Maintenance -Other | 1150 - Operating Cash | 2,250.00 | 2,250.00 | 89 | |
| 4 Spruce Lane Falmouth, ME 04105 | University Credit Union | | 03/30/2026 | 6103 - Other | 1150 - Operating Cash | 1,618.00 | 1,618.00 | 90 | |
| 4 Spruce Lane Falmouth, ME 04105 | Concord Group Insurance | | 03/30/2026 | 6103 - Other | 1150 - Operating Cash | 282.70 | 282.70 | 91 | |
| 4 Spruce Lane Falmouth, ME 04105 | Spectrum | | 03/30/2026 | 6103 - Other | 1150 - Operating Cash | 120.00 | 120.00 | 92 | internet |
| 4 Spruce Lane Falmouth, ME 04105 | Portland Water District | | 03/30/2026 | 6173 - Water | 1150 - Operating Cash | 98.13 | 98.13 | 93 | |
| 743 Congress Street - 743 Congress Street Portland, ME 04102 | Business Lending Solutions LLC | | 04/01/2026 | 6123 - Mortgage - Other | 1150 - Operating Cash | 11,908.12 | 11,908.12 | 53 | |
| 75 Sherman Street - 75 Sherman Street Portland ME 04101 | Business Lending Solutions LLC | | 04/01/2026 | 6123 - Mortgage - Other | 1150 - Operating Cash | 11,930.88 | 11,930.88 | 67 | |
| 137 College Street - 137 College Ave Lewiston, ME 04240 | Business Lending Solutions LLC | | 04/01/2026 | 6123 - Mortgage - Other | 1150 - Operating Cash | 12,976.99 | 12,976.99 | 32 | |
| 779 Congress Street - 779 Congress Street Portland ME 04102 | Business Lending Solutions LLC | | 04/01/2026 | 6123 - Mortgage - Other | 1150 - Operating Cash | 9,188.03 | 9,188.03 | 37 | |
| 65-67 Vesper Street - 65 Vesper Street Portland ME 04101 | Business Lending Solutions LLC | | 04/01/2026 | 6123 - Mortgage - Other | 1150 - Operating Cash | 10,024.92 | 10,024.92 | 67 | |
| 22 Whitney Ave - 22 Whitney Ave Westbrook, ME 04092 | Business Lending Solutions LLC | | 04/01/2026 | 6123 - Mortgage - Other | 1150 - Operating Cash | 15,718.77 | 15,718.77 | 39 | |
| 5 Bishop Street - 5 Bishop Street Portland, ME 04103 | Business Lending Solutions LLC | | 04/01/2026 | 6123 - Mortgage - Other | 1150 - Operating Cash | 16,419.79 | 16,419.79 | 110 | |
| 85 Horton Street - 85 Horton Street Lewiston, ME 04240 | Business Lending Solutions LLC | | 04/01/2026 | 6123 - Mortgage - Other | 1150 - Operating Cash | 6,883.74 | 6,883.74 | 35 | |
| 28-30 Howard Street - 28 Howard Street Lewiston, ME 04240 | Business Lending Solutions LLC | | 04/01/2026 | 6123 - Mortgage - Other | 1150 - Operating Cash | 3,469.70 | 3,469.70 | 28 | |
| 743 Congress Street - 743 Congress Street Portland, ME 04102 | Abdul Azimi | | 04/08/2026 | 6147 - Repairs - Other | 1150 - Operating Cash | 4,000.00 | 4,000.00 | 54 | |
| 4 Spruce Lane Falmouth, ME 04105 | Lisa Smith | | 04/09/2026 | 6076 - Cleaning and Maintenance -Other | 1150 - Operating Cash | 2,504.00 | 2,504.00 | 94 | |
| 137 College Street - 137 College Ave Lewiston, ME 04240 | City of Lewiston | | 04/09/2026 | 6161 - Property Tax | 1150 - Operating Cash | 232.00 | 232.00 | | rent check w/h |
| 85 Horton Street - 85 Horton Street Lewiston, ME 04240 | City of Lewiston | | 04/14/2026 | 6161 - Property Tax | 1150 - Operating Cash | 881.00 | 881.00 | | rent check w/h |
| 137 College Street - 137 College Ave Lewiston, ME 04240 | City of Lewiston | | 04/14/2026 | 6161 - Property Tax | 1150 - Operating Cash | 900.00 | 900.00 | | rent check w/h |
| 4 Spruce Lane Falmouth, ME 04105 | Lisa Smith | | 04/16/2026 | 6076 - Cleaning and Maintenance -Other | 1150 - Operating Cash | 2,979.00 | 2,979.00 | 95 | |
| 4 Spruce Lane Falmouth, ME 04105 | Murray Plumb & Murray | | 04/16/2026 | 6101 - Legal | 1150 - Operating Cash | 267.52 | 267.52 | 96 | |
| 65-67 Vesper Street - 65 Vesper Street Portland ME 04101 | Concord Group Insurance | | 04/23/2026 | 6091 - Property Insurance | 1150 - Operating Cash | 2,198.00 | 2,198.00 | 68 | |
| 5 Bishop Street - 5 Bishop Street Portland, ME 04103 | Unitil | | 04/23/2026 | 6172 - Gas | 1150 - Operating Cash | 432.16 | 432.16 | 111 | |
| 137 College Street - 137 College Ave Lewiston, ME 04240 | Unitil | | 04/23/2026 | 6172 - Gas | 1150 - Operating Cash | 588.79 | 588.79 | 33 | |
| 69 Vesper Street - 69 Vesper Street Portland ME 04101 | Consolidated Communications | | 04/23/2026 | 6103 - Other | 1150 - Operating Cash | 171.06 | 171.06 | 69 | phone |
| 1190 Forest Ave - 1190 Forest Ave Portland, ME 04103 | Portland Water District | | 04/23/2026 | 6173 - Water | 1150 - Operating Cash | 207.61 | 207.61 | 112 | |
| 1190 Forest Ave - 1190 Forest Ave Portland, ME 04103 | Portland Water District | | 04/23/2026 | 6173 - Water | 1150 - Operating Cash | 246.06 | 246.06 | 113 | |

| Property | Payee | Date | Account | Cash | Amount | Total | Note |
|---|---|---|---|---|---|---|---|
| 1190 Forest Ave - 1190 Forest Ave Portland, ME 04103 | Portland Water District | 04/23/2026 | 6173 - Water 04/23/2026 | 1150 - Operating Cash | 1,370.67 | 1,370.67 114 | |
| 65-67 Vesper Street - 65 Vesper Street Portland, ME 04101 | Portland Water District | 04/23/2026 | 6173 - Water 04/23/2026 | 1150 - Operating Cash | 331.12 | 331.12 861587 | |
| 28-30 Howard Street - 28 Howard Street Lewiston, ME 04240 | City of Lewiston | 04/28/2026 | 6161 - Property Tax 04/28/2026 | 1150 - Operating Cash | 900.00 | 900.00 rent check w/h | |
| 4 Spruce Lane Falmouth, ME 04105 | Spectrum | 04/28/2026 | 6103 - Other 04/28/2026 | 1150 - Operating Cash | 241.80 | 241.80 97 | Internet/cable |
| 5 Bishop Street - 5 Bishop Street Portland, ME 04103 | First Insurance Funding | 05/07/2026 | 6091 - Property Insurance 05/07/2026 | 1150 - Operating Cash | 4,254.04 | 4,254.04 credit/debit | |
| 69 Horton Street - 69 Horton Street Lewiston, ME 04240 | First Insurance Funding | 05/07/2026 | 6091 - Property Insurance 05/07/2026 | 1150 - Operating Cash | 4,290.44 | 4,290.44 credit/debit | |
| 4 Spruce Lane Falmouth, ME 04105 | Banner Life Insurance Company | 05/07/2026 | 6091 - Property Insurance 05/07/2026 | 1150 - Operating Cash | 1,072.14 | 1,072.14 credit/debit | |
| 137 College Street - 137 College Ave Lewiston, ME 04240 | Maine Locksmith Services | 05/07/2026 | 6145 - Key/Lock Replacement 05/07/2026 | 1150 - Operating Cash | 167.31 | 167.31 1000 | |
| 28-30 Howard Street - 28 Howard Street Lewiston, ME 04240 | Business Lending Solutions LLC | 05/07/2026 | 6123 - Mortgage - Other 05/07/2026 | 1150 - Operating Cash | 3,469.70 | 3,469.70 29 | |
| 85 Horton Street - 85 Horton Street Lewiston, ME 04240 | Business Lending Solutions LLC | 05/07/2026 | 6123 - Mortgage - Other 05/07/2026 | 1150 - Operating Cash | 6,883.74 | 6,883.74 36 | |
| 5 Bishop Street - 5 Bishop Street Portland, ME 04103 | Business Lending Solutions LLC | 05/07/2026 | 6123 - Mortgage - Other 05/07/2026 | 1150 - Operating Cash | 16,419.79 | 16,419.79 115 | |
| 22 Whitney Ave - 22 Whitney Ave Westbrook, ME 04092 | Business Lending Solutions LLC | 05/07/2026 | 6123 - Mortgage - Other 05/07/2026 | 1150 - Operating Cash | 15,718.77 | 15,718.77 40 | |
| 65-67 Vesper Street - 65 Vesper Street Portland, ME 04101 | Business Lending Solutions LLC | 05/07/2026 | 6123 - Mortgage - Other 05/07/2026 | 1150 - Operating Cash | 10,024.92 | 10,024.92 70 | |
| 779 Congress Street - 779 Congress Street Portland, ME 04102 | Business Lending Solutions LLC | 05/07/2026 | 6123 - Mortgage - Other 05/07/2026 | 1150 - Operating Cash | 9,188.03 | 9,188.03 38 | |
| 69 Horton Street - 69 Horton Street Lewiston, ME 04240 | Business Lending Solutions LLC | 05/07/2026 | 6123 - Mortgage - Other 05/07/2026 | 1150 - Operating Cash | 12,976.99 | 12,976.99 45 | |
| 75 Sherman Street - 75 Sherman Street Portland, ME 04101 | Business Lending Solutions LLC | 05/07/2026 | 6123 - Mortgage - Other 05/07/2026 | 1150 - Operating Cash | 11,830.88 | 11,830.88 68 | |
| 743 Congress Street - 743 Congress Street Portland, ME 04102 | Business Lending Solutions LLC | 05/07/2026 | 6123 - Mortgage - Other 05/07/2026 | 1150 - Operating Cash | 11,908.12 | 11,908.12 55 | |
| 137 College Street - 137 College Ave Lewiston, ME 04240 | Lisa Smith | 05/13/2026 | 6076 - Cleaning and Maintenance -Other 05/13/2026 | 1150 - Operating Cash | 2,707.00 | 2,707.00 1001 | |
| 137 College Street - 137 College Ave Lewiston, ME 04240 | Troiano Waste Services Inc. | 05/13/2026 | 6175 - Garbage and Recycling 05/13/2026 | 1150 - Operating Cash | 612.98 | 612.98 1002 | |
| 137 College Street - 137 College Ave Lewiston, ME 04240 | Troiano Waste Services Inc. | 05/13/2026 | 6175 - Garbage and Recycling 05/13/2026 | 1150 - Operating Cash | 510.44 | 510.44 1003 | |
| 137 College Street - 137 College Ave Lewiston, ME 04240 | Troiano Waste Services Inc. | 05/13/2026 | 6175 - Garbage and Recycling 05/13/2026 | 1150 - Operating Cash | 724.25 | 724.25 1004 | |
| 137 College Street - 137 College Ave Lewiston, ME 04240 | Troiano Waste Services Inc. | 05/13/2026 | 6175 - Garbage and Recycling 05/13/2026 | 1150 - Operating Cash | 954.45 | 954.45 1005 | |
| 137 College Street - 137 College Ave Lewiston, ME 04240 | Troiano Waste Services Inc. | 05/13/2026 | 6175 - Garbage and Recycling 05/13/2026 | 1150 - Operating Cash | 636.93 | 636.93 1006 | |
| 85 Horton Street - 85 Horton Street Lewiston, ME 04240 | City of Lewiston | 05/26/2026 | 6161 - Property Tax 05/26/2026 | 1150 - Operating Cash | 881.00 | 881.00 rent check w/h | |
| 137 College Street - 137 College Ave Lewiston, ME 04240 | City of Lewiston | 05/26/2026 | 6161 - Property Tax 05/26/2026 | 1150 - Operating Cash | 1,531.00 | 1,531.00 rent check w/h | |
| 69 Horton Street - 69 Horton Street Lewiston, ME 04240 | City of Lewiston | 05/26/2026 | 6161 - Property Tax 05/26/2026 | 1150 - Operating Cash | 3,535.00 | 3,535.00 rent check w/h | |
| 4 Spruce Lane Falmouth, ME 04105 | Maine Locksmith Services | 06/09/2026 | 6145 - Key/Lock Replacement 06/09/2026 | 1150 - Operating Cash | 31.65 | 31.65 1000 | |
| 22 Whitney Ave - 22 Whitney Ave Westbrook, ME 04092 | Maine Locksmith Services | 06/09/2026 | 6145 - Key/Lock Replacement 06/09/2026 | 1150 - Operating Cash | 206.87 | 206.87 1000 | |
| 85 Horton Street - 85 Horton Street Lewiston, ME 04240 | Maine Locksmith Services | 06/09/2026 | 6145 - Key/Lock Replacement 06/09/2026 | 1150 - Operating Cash | 101.88 | 101.88 1000 | |
| 779 Congress Street - 779 Congress Street Portland, ME 04102 | Maine Locksmith Services | 06/09/2026 | 6145 - Key/Lock Replacement 06/09/2026 | 1150 - Operating Cash | 148.30 | 148.30 1000 | |
| 137 College Street - 137 College Ave Lewiston, ME 04240 | Troiano Waste Services Inc. | 06/09/2026 | 6175 - Garbage and Recycling 06/09/2026 | 1150 - Operating Cash | 711.23 | 711.23 2000 | |
| 85 Horton Street - 85 Horton Street Lewiston, ME 04240 | Troiano Waste Services Inc. | 06/09/2026 | 6175 - Garbage and Recycling 06/09/2026 | 1150 - Operating Cash | 1,127.52 | 1,127.52 1001 | |
| 69 Horton Street - 69 Horton Street Lewiston, ME 04240 | Troiano Waste Services Inc. | 06/09/2026 | 6175 - Garbage and Recycling 06/09/2026 | 1150 - Operating Cash | 895.43 | 895.43 1000 | |
| 434 Cumberland Street - 434 Cumberland Street Westbrook, ME 04092 | Troiano Waste Services Inc. | 06/09/2026 | 6175 - Garbage and Recycling 06/09/2026 | 1150 - Operating Cash | 919.24 | 919.24 1001 | |
| 1190 Forest Ave - 1190 Forest Ave Portland, ME 04103 | Troiano Waste Services Inc. | 06/09/2026 | 6175 - Garbage and Recycling 06/09/2026 | 1150 - Operating Cash | 1,474.77 | 1,474.77 1000 | |
| 65-67 Vesper Street - 65 Vesper Street Portland, ME 04101 | Spectrum | 06/10/2026 | 6103 - Other 06/11/2026 | 1150 - Operating Cash | 257.31 | 257.31 1000 | internet/phone |
| 69 Horton Street - 69 Horton Street Lewiston, ME 04240 | Consolidated Communications | 06/10/2026 | 6103 - Other 06/11/2026 | 1150 - Operating Cash | 371.67 | 371.67 1001 | phone |
| 69 Vesper Street - 69 Vesper Street Portland, ME 04101 | Spectrum | 06/10/2026 | 6103 - Other 06/11/2026 | 1150 - Operating Cash | 110.00 | 110.00 1001 | internet |
| 5 Bishop Street - 5 Bishop Street Portland, ME 04103 | Spectrum | 06/10/2026 | 6103 - Other 06/11/2026 | 1150 - Operating Cash | 196.77 | 196.77 1001 | phone |
| 743 Congress Street - 743 Congress Street Portland, ME 04102 | Spectrum | 06/10/2026 | 6103 - Other 06/11/2026 | 1150 - Operating Cash | 225.28 | 225.28 1000 | phone |
| 69 Horton Street - 69 Horton Street Lewiston, ME 04240 | First Insurance Funding | 06/11/2026 | 6091 - Property Insurance 06/11/2026 | 1150 - Operating Cash | 4,185.00 | 4,185.00 debit | |
| 5 Bishop Street - 5 Bishop Street Portland, ME 04103 | First Insurance Funding | 06/11/2026 | 6091 - Property Insurance 06/11/2026 | 1150 - Operating Cash | 4,150.28 | 4,150.28 debit | |
| 4 Spruce Lane Falmouth, ME 04105 | Prudential | 06/15/2026 | 6103 - Other 06/15/2026 | 1150 - Operating Cash | 786.50 | 786.50 1001 | insurance |
| 4 Spruce Lane Falmouth, ME 04105 | Principal National Life Insurance Company | 06/15/2026 | 6103 - Other 06/15/2026 | 1150 - Operating Cash | 572.99 | 572.99 1002 | insurance |
| 4 Spruce Lane Falmouth, ME 04105 | Principal National Life Insurance Company | 06/15/2026 | 6103 - Other 06/15/2026 | 1150 - Operating Cash | 684.37 | 684.37 1003 | insurance |

| Property | Payee | Date | Account | | Amount | | Memo |
|---|---|---|---|---|---|---|---|
| 22 Whitney Ave - 22 Whitney Ave Westbrook, ME 04092 | Patrons Oxford Insuarance Company | 06/15/2026 | 6091 - Property Insurance 06/15/2026 | 1150 - Operating Cash | 4,544.60 | 4,544.60 1002 | |
| 1190 Forest Ave - 1190 Forest Ave Portland, ME 04103 | Overhead Door Company of Portland | 06/15/2026 | 6147 - Repairs - Other 06/15/2026 | 1150 - Operating Cash | 457.10 | 457.10 1002 | Messy Cookie Garage Door |
| 28-30 Howard Street - 28 Howard Street Lewiston, ME 04240 | City of Lewiston | 06/15/2026 | 6161 - Property Tax 06/15/2026 | 1150 - Operating Cash | 900.00 | 900.00 rent check w/h | |
| 69 Horton Street - 69 Horton Street Lewiston, ME 04240 | City of Lewiston | 06/15/2026 | 6161 - Property Tax 06/15/2026 | 1150 - Operating Cash | 3,561.00 | 3,561.00 rent check w/h | |

SOFA Part 2 Question 4 Attachment

69 Horton LLC

| Date | Insiders Name & Address | Amount |
|---|---|---|
| 11/13/2025 | EAL Asset Management LLC 69 Vesper St. Portland, ME 04101 | $2000.00 |
| 12/17/2025 | EAL Asset Management LLC 69 Vesper St. Portland, ME 04101 | $685.00 |
| 12/19/2025 | EAL Asset Management LLC 69 Vesper St. Portland, ME 04101 | $1900.00 |
| 01/14/2026 | EAL Asset Management LLC 69 Vesper St. Portland, ME 04101 | $481.00 |
| 01/29/2026 | EAL Asset Management LLC 69 Vesper St. Portland, ME 04101 | $3300.00 |
| 02/20/2026 | EAL Asset Management LLC 69 Vesper St. Portland, ME 04101 | $657.00 |
| 02/20/2026 | EAL Asset Management LLC 69 Vesper St. Portland, ME 04101 | $600.00 |
| 03/26/2026 | EAL Asset Management LLC 69 Vesper St. Portland, ME 04101 | $5000.00 |
| Total: | | $14,623.00 |

SOFA Part 6, Question 11
Attachment

On the following dates, payments were made on behalf of the debtors to Bernstein, Shur, Sawyer & Nelson, P.A. by EAL Asset Management, LLC and Ella Properties LLC made within one year of the chapter 11 petition filing:

June 9, 2026:  $7,500.00 from Ella Properties LLC
June 17, 2026: $28,000.00 from EAL Asset Management LLC

**Total:**         **$35,500.00**

SOFA Part 13 Question 26d
Attachment

The debtors have had various communications providing informal and preliminary financial information to various financial institutions for the purpose of evaluating refinancing and other lending opportunities.